

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION



**RECEIVED**

MAR 19 2008  *new*
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thomas Cunningham

71 W VanBuren Street

Chicago Il 60605

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

                    vs.

Kankakee County Detention Center

Jerome Comes Detention Center

Michael Downey Chief Of Corrections

300 Justice WAY

KANKAKEE IL 60901

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

**08CV1605**
**JUDGE GOTTSCHALL**
**MAG. JUDGE ASHMAN**

Case
(To be supplied by the Clerk of this Court)

## CHECK ONE ONLY:

____X____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**    **Plaintiff(s):**

A.    Name:    Thomas Cunningham

B.    List all aliases: _____

C.    Prisoner identification number: __ 01293-424

D.    Place of present confinement: Metropolitan Correctional Center

E.    Address: 71 w Van Buren Street Chicago IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Kankakee County Detention Center

Title: THE WARDEN/ CHIEF OF OPERATIONS

Place of Employment: 400 East Merchant ST Kankakee IL 60901

B.    Defendant: Jerome Combs Detention Center

Title: THE WARDEN/ CHIEF OF OPERATIONS

Place of Employment: 3050Justice Way Kankakee Il 60901

C.    Defendant: Michael Downey Chief of Corrections

Title: Chief of corrections

Place of Employment: 300 S justice way KankakeeIl 60901

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

2A

Defendant(s)

D: Defendant: __CO/CANFIELD_____

    Title:_____Correctional Officer_____

    Place of employment:_____KCDC 400 east merchant

    _____Kankakee Il 60901_____

E. Defendant: _CO/ KRIEGL_____

    Title:___CORRECTIONAL OFFICER_____

    Place of employment:___KCDC 400 EAST MERCHANT
    _____Kankakee IL 60901_____

F. Defendant:__CO/ GRANT_____

    Title:____CORRECTIONAL OFFICER_____

    Place of employment:___KCDC 400 east merchant
    _____Kankakee Il 60901_____

G. Defendant:__Corpral Jhonson_____

    Title:_____Corpral_____

    Place of employment:_____KCDC 400 east merchant
    _____Kankakee Il 60901_____

H: Defendant:____Chief Brown_____

    Title:_____Chief_____

    Place of employment: ___KCDC 400 east merchant
    _____Kankakee Il 60901_____

I: Defendant:____Unknown  NAME_____

    Title:_____Correctional officer_____

    Place of employment:__KCDC 400 east merchant_
    _____Kankakee IL 60901_____

J: Defendant:_____UNKNOWN NAME_____

    Title:_____Correctional Officer_____

    Place of employment:___KCDC 400 east merchant
    _____Kankakee Il 60901_____

K. Defendant:_____UNKNOWN NAME_____

    Title:_____Correctional Officer_____

    Place of employment: __KCDC 400 east merchant

    _____Kankakee Il 60901_____

2B

Defendant(s)

L. Defendant: Medical Staff Member
   Title: Nurse UNKNOWN NAME
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

M. Defendant: Medical Staff
   Title: UNKNOWN NAME
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

N. Defendant: Medical staff
   Title: UNKNOWN NAME
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

O. Defendant: UNKNOWN NAME
   Title: Correctional Officer
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

P. Defenant: UNKNOWN NAME
   Title: Correctional Officer
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

Q. Defendant: UNKNOWN NAME
   Title: DIRECTOR/WARDEN/CHIEF
   place of employment: JCDC 305 0 justice
   KANKAKEE Il 60901

R. Defendant: UNKNOWN NAME
   Title: Correctional Officer
   place of employment: JCDC 3050 justice
   Kankakee Il 60901

S. Defendant: Unknown Name
   Title: MEDICAL STAFF
   place of employment: JCDC 3050
   Kankakee Il 60901

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: _____

_____

B.    Approximate date of filing lawsuit: _____

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

D.    List all defendants: _____

_____

_____

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.    Name of judge to whom case was assigned: _____

_____

G.    Basic claim made: _____

_____

_____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

I am currently housed in MCC Chicago By  Order By Harry D Leinenweber  by motion for immediate medical treatment. As  I write this statement I have a silver dollar abscess on my right arm from what may be (MRSA). (SEE attachment A Motion For immediate Medical). My initial(PRE TRAIAL) appearance was on 9/15/2007 case #07 CR 605. I was held in Orland Park city jail until my arrival at MCC 9/17/2007. At MCC I was briefly seen by a PA/ Medical assistant who told the Federal Marshal's to take me to Kankaee County Jail. While in route  to KCDC CO/ Deputy Hatch  said if you have any medical  issues Tell The Staff"You dont have medical problems or you will end up in the NEW JAIL". When he was asked what is wrong with the new jail he said " it is brutal the CO/ will Taze you for nothing.  While at the OLD JAIL I put in what  was to be Over 18  unansered request to staff begining with a request for reading glasses (see attachment B) Where I also state that I have been here going on 3 weeks without seeing a staff Nurse. In addition to the written request  I also Made over 30 verbal request That also went unawnsered.

4

Revised 9/2007

10/13/2007 (See attachment C)
I filed my first medical request for a large size ball of

infection in myJaw . i also singed that request granting

permission to withdraw funds for medical treatment. I made

contunial request verbal and written to officers Canfield,

Grant,Kriegl, and  unidentified officers assigned to the housin

g unit 2 SW. All of my request went unansered. The pain from

this large abscess in my mouth hindered my ability to eat and

sleep i also had a fever on and off, by the 11/01/2007 I

pleaded by Grievance recieving CO Kriegel signed my request
        (see Attachment C)
i informed him that if i did not get help soon i would

pull this tooth. He Said" Go Pull It Then"   And made coment

that I would be better off cause " You Wont Get Anythinh Here".

So to relieve the pain i took a tooth brush to my molar and

beat it back into my jaw. The bleeding was heavy and i waited

an hour because i only disloged the tooth . Kriegl finaly

made his rounds and i informed him of my attempt at removing

this tooth. Kriegl then imediatly  called the nurse at the

new jail KCDC does not have a nurse on staff at ALL, he informe

d her of my attempt and he said she couldent see me until

the next day. So I took a piece of my bed sheet and made a smal

string tied it on my foot and finally removed the Tooth.

My cellmate said he had to leave cause of the blood.

That night i asked the night officer for help to call a nurse

5

Revised 9/2007

He brought me some asprin.  I had a fever bad and my bedding was  wet from sweating. After the self extraction i put a request in to medical informing them of my forced actions. The Nurse did not see me the next Day.

the next request 11/2/2007 was made verbal through out the day the only help i had were inmates bringing me there medication and water. i did not eat I could not eat.

11/3/2007 I put another request for pain medication (see attachment C) no responce.  Through out the day some of the  CO's brought me asprin and juice.

On 11/4/2007 i requested for some antibiotic realizing that there was a piece of tooth still in there and still had a fever. I Also wrote that since being at KCDC I had not recieved any responce from any of my request,

On 11/05/2007 Irecieved my first response from any of my request stating "will schedule an appointment can take up to 4 to 8 weeks.  (See attachment D)
I continued to put in verbal request with no responce and began to feel like i was being punished for somthing I did not do.  My contact with my (LAWYER)Christina Farley Jackson were on an almost daily basis she has Been a humanitarian for me.  I was moved to seek her help to provide medical for me on a legal level.
Shortly after the first pain in my left side I began feeling pain in my right side of my face.

Revised 9/2007

I contacted Christina and she assured me Help was on the way.
On about 11/10/2007 i started to feel a sensation under my
skin like somthing burning to get out,then what appeared to be
bug bites on my arm I showed several CO/'s and they concured.
I felt at loss I did not want to put in a request in fear that
it would not do any good. But I did any way.     On 11/17/2007
                                                 (See Att. C)

I submitted a request stating I had some bug bites tough(no
one responded). I am unclear to the date exactly for I was
having problems hearing I was disoriented and confused at
times.I reported my condition  to Christina she allways awnsere
my calls and request even made personal calls to the jail to
find out what was going on.  I refused to give up

I believe in the morning  when the doors unlocked i would get
help and there was miss CO/ Benard I showed her the bug bites
and she said"those aint no bug bites" Im calling the nurse at
the new jail. within 2 hours a nurse arrived NAME UNKNOWN,
I told her that I pulled my own tooth and she
saw the scores that were oosing puss and with the aid of a CO
NAME UNKNOWN he drained this for a sample. I went back to my
to my cell and was awakened by officer Kriegl he told me
that i would be moved to a diferent part of the jail, and was
taken to the third floor dorm where it had been recently cleaned
with bleach officer Kriegle told me this is where the last guy with
(MRSA) was placed.

Revised 9/2007

On about 11/21/2007 I was taken to the New Jail JEROME COMES DET CTR
and was seen by a nurse NAME UNKNOWN who never took a vital sign or
asked me if I had any alergic reaction to medication. I recieved
some medication  (see attachment E), I was vomiting and felt sick
from the medication that the first  Nurse NAME UNKNOWN gave me and
expressed that.   I was informed that I had (MRSA) A  Powerfull
GERM that Can be fatal(see attachment F) . As stated also in the
article titled"SANDWICH THEFT SUSPECT DIES IN JAIL"  (see attachment)
G. Christina provided me with the information on (MRSA) to inform
me of the dangers. I have never had such a diease my skin began to
what appeared to me to fall off exposing giant portions of the second
and third layer of skin  constant burning and sometimes my bones on
my infected felt like they hurt also. I was told by the CO/ NAME By
ONLY KNOWN AS(MO) that a Medical staff would assist me in my needs
with some type of follow up. I was never seen by staff or Medical
on  about 12/3/2007 i was released without being medically cleared
no blood work was ever taken i was not seen by a doctor or had any
vital stats taken ever.   With what seemed to become  a patern of
no help began to frighten me I had only been  back in 2 SW a few
days when my skin began to boil again, I reached out to Christina
and Verbaly evry one who would listen,my loss of hearing became a
problem and what seemed to be a loss of ballance, Im not sure what
day it was MAY REQUEST PHONE RECORDS when I called Christina and told
her I thought I was going to Die and to call my Family and my 7 year
old Daughter Christine Cunningham.

I am not a medical person but it felt like I was going through
some type of shock. Some days where good some bad by mid January
Christina Farley Jackson my Lawyer Appointed By The United States
Federal defender program advised me to provide her with copys of
all my medical request for the United States Marshal's service (seeattachment H)
that I was being transfered. I had been treating the boils on my arms
by draining them with a staple DRAINING is the procedure in
the guide provided by Christina (seeattachment F) page including
Treatment Drain an abscess By Doctors Care.  Christina made a call
 to KCDC on 1/29/2007 and requested I call her ASAP. Per phone conver
sation she informed me that infact I was  or would be treated by a
Doctor. She had made contact with medical personell at the NEW JAIL
JCDC/NEW. Less than 2 minutes after our phone conversation a CO/
NAME UNKNOWN Drove me to the facility. I was greeted by Who I
believe was the nurse that told me I had (MRSA) her first responce
was"what do you want?" I have been getting calls from your lawyer
that we are not treating you. I concured that was true I showed her
the new boils on my arm and explained about my lack of hearing.
She asked me about my drug use and if I had any alergic reactions
to medicine . She explained that all she could do was set an appointment
to see medical staff. She gave me some  motrin 200 mg(see attachment E)
and I was placed in a holding cell this was around 12:30, about
5:30 I requested to staff CO/ UNKNOWN NAME That I was a federal
Prisoner"SHE SAID SO F  N WHAT" I was then sharing a cell with
a civilian who was not booked yet and passed out. I finally
got the attention  of Sargent UNKNOWN NAME and asked him what
 was going on could i get back to the Federal Jail he told me
Shut the F up i have no  time for you.

9

I saw Deputy Hatch and asked him To transport me He said He was Going
Home. Then  the CO from KCDC was there on emergengy and when I
yelled to him that same UNKNOWN Sargent again told me to shut the F
up this was in earshot of the CO from KCDC . READ FEDERAL TRANSCRIPTS
FROM 1/30/2008 Judge Harry D Leineweber . The CO from KCDC had
agreed to take me back to the jail and in route The CO/
UNKNOWN NAME  said they were not going to let me go  he also
explained that the only reason he was at the new Jail was because of a
truck accident and that he had to bring the trusties there.
1/30/2008 I Provided the nessasary request forms for the Martial's
And was asked to give a statement by the judge I informed Him
of my condition and what had transpired the day before he GRANTED
the motion (see  first page Attachment A). Also  (see transcripts
1/30/2008).  On Friday 2/1/2008 CO Canfield brought me a FORM
and insisted they wanted me to sign it  (IT WAS A REFUSAL FOR MEDICAL)
(FORM). Monday 2/4/2008 I was transfered to MCC CHICAGO.
Christina Farley Jackson mailed some property to my brother
Frank Cunningham Including parts of My Teeth see(attachmentI)
I realize now that my pretrial incarceration is much more than
merely a change in my location or an obstacle to my physical
mobility. It is a fundamental change in my constitutional status.
There is a grain of truth to the saying society is best judged
by its prisons and the treatment of it's outcast.

10

**V.4   Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

All DEFENDANTS are being sued in both their individual

and Official capacities. I am asking the Court to

award Me  THE SUM OF SIX MILLION DOLLARS $6,000,000

in both punitive and compensatory damages, for the

Punishment , Pain, and suffering associated with being

Contaminated with (MRSA), and Inhumane Treatment of

a Pretrial  Person/ Forced to preform His Own Medical Treatment.

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES      ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  8 th   day of FEBUARY , 20 08

_(Signature of plaintiff or plaintiffs)_

Thomas  Cunningham

(Print name)

01293-424

(I.D. Number)

METROPOLITAN CORRECTIONAL CENTER

71 West Van Buren , Chicago Il 60605

(Address)

Revised 9/2007

# Attachment

# A

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 605 | **DATE** | 1/22/2008 |
| **CASE TITLE** | United States of America vs. Thomas Cunningham | | |

**DOCKET ENTRY TEXT**

Defendant Thomas Cunningham's Motion for Immediate Medical Treatment is granted, subject to review.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )      No. 07 CR 605
v.                              )      Judge Harry D. Leinenweber
                                )
THOMAS CUNNINGHAM               )

## NOTICE OF MOTION

TO:       Felicia Alesia
          Assistant United States Attorney
          219 S. Dearborn Street, 5th Floor
          Chicago, IL 60604

Please take notice that on **Tuesday 22nd. day of January, 2008, at 9:30a.m.,** we shall

appear before the Honorable Harry D. Leinenweber at the Dirksen Federal Building, 219 S.

Dearborn Street, courtroom 1941, and shall present the attached motion:

--        DEFENDANT THOMAS CUNNINGHAM'S MOTION FOR IMMEDIATE MEDICAL
          TREATMENT

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              Terence F. MacCarthy
                              Executive Director

                         By:  s/Christina F. Jackson
                              Christina Farley Jackson
                              *Attorney for Thomas Cunningham*

CHRISTINA FARLEY JACKSON
FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8327

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 605 |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| THOMAS CUNNINGHAM | ) | |

### DEFENDANT THOMAS CUNNINGHAM'S MOTION FOR IMMEDIATE MEDICAL TREATMENT

Defendant THOMAS CUNNINGHAM, by the Federal Defender Program and its attorney, CHRISTINA FARLEY JACKSON, submit the following motion requesting that he be transferred to the Metropolitan Correctional Center and receive immediate medical treatment. It is urgent that Mr. Cunningham receive treatment from both a dentist and a doctor. In support of this motion, he states the following:

1. An initial appearance was held in this case on September 15, 2007. Mr. Cunningham waived his preliminary examination and detention hearing on September 18, 2007. Mr. Cunningham appeared for an arraignment and plea on October 16, 2007 and entered a plea of not guilty at that time.

2. Since his initial appearance, Mr. Cunningham has been incarcerated in Kankakee at the old facility.

3. While at the old facility in Kankakee, he has not received necessary medical treatment from either a dentist or a doctor.

4. Mr. Cunningham made continual requests to see a dentist during the month of October 2007. He was told that it would take 8 weeks for him to receive an appointment with a dentist. He was experiencing such pain in his tooth that he believed that he had an abscess. He

again filled out request forms to see a dentist, which were never granted. In each request, he stressed the fact that he believed there was an infection in his jaw. On November 1, 2007, Mr. Cunningham submitted an emergency request to see a dentist due to the abscess in his tooth and the fact that his was swollen at that point because of the lack of treatment. All of his requests were ignored and he never saw a dentist. Mr. Cunningham ultimately resorted to pulling his own tooth - without any medication - to stop the pain, swelling, and hopefully prevent the infection from spreading further.

5. Immediately following the extraction that Mr. Cunningham was forced to perform himself, he put in a medical slip informing authorities of what he had done. He submitted additional requests throughout the week requesting antibiotics, pain medication, and still requesting to see the dentist because he believed that there was still a piece of his tooth remaining. His requests were not granted and Mr. Cunningham was never taken to see a dentist.

6. Currently, Mr. Cunningham is suffering from significant hearing loss in his left ear, which he justifiably believes is related to the abscess in his tooth, the fact that he has not received necessary treatment for this infection and was forced to perform an extraction on his own, and any tooth particles that may still be present. Additionally, there is swelling on the right side of his face under his eye due to what he believes is another abscess in one of his teeth. Again, he has submitted numerous requests to see a dentist and still has not seen one to date.

7. In addition to suffering from hearing loss, Mr. Cunningham has contracted MRSA, a highly contagious infection. See Attachment A. Around November 17, 2007, Mr. Cunningham noticed that his skin had started to break out. He put in requests to see a doctor or a nurse for the problems that he was having with his skin. He did not see a doctor or a nurse, but rather was told by staff members that he had bug bites. One staff member informed later that he had to go to the

nurse immediately because they were in fact not bug bites. After seeing the nurse, he was given

medication and quarantined, on approximately November 19, 2007. He was informed that he

had MRSA, a highly contagious infection. An officer on staff at the jail was required to drain the

pus that had accumulated on the sores on his right arm. He was given medication to insert into

his nostrils and was given a potent gel to wash his entire body with. He experienced side effects,

such as vomiting, from the medication. No blood work was ever taken, he was never asked

whether he was allergic to any medication, and was told that other inmates in the jail had MRSA.

Mr. Cunningham never saw a doctor and was never medically cleared for release from

quarantine. In spite of this, he was released on approximately November 27, 2007.

　　　8. At this time, Mr. Cunningham is exhibiting symptoms of what appear to once more be

MRSA. He has made repeated requests to see a doctor, but his requests have gone unanswered

and he has still not seen a doctor. Currently, there is pus appearing on the sores on his body, he

has not been quarantined, and is not receiving treatment for this infection. He has had to drain

pus from the sores himself on one of his arms using a staple.

　　　9. As the health of Mr. Cunningham has been sincerely compromised since he has been

incarcerated at the Kankakee facility, the undersigned counsel urgently requests that Mr.

Cunningham be transferred to the Metropolitan Correctional Center and that he immediately

receive necessary medical treatment from both a doctor and a dentist.

THEREFORE, defendant requests that this motion be granted and he be transferred to the

Metropolitan Correctional Center and receive immediate medical treatment.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: _____
Christina Farley Jackson
*Attorney for Thomas Cunningham*

CHRISTINA FARLEY JACKSON
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
312/621-8327

## CERTIFICATE OF SERVICE

The undersigned, Christina Farley Jackson, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## DEFENDANT THOMAS CUNNINGHAM'S MOTION FOR
## IMMEDIATE MEDICAL TREATMENT

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on January 17, 2008, to counsel/parties that are non-ECF filers:

By:    s/Christina Farley Jackson
       Christina Farley Jackson
       FEDERAL DEFENDER PROGRAM
       55 E. Monroe St., Suite 2800
       Chicago, Illinois 60603
       (312) 621-8327

# Attachment A



## MayoClinic.com
**Tools for healthier lives**

Original Article: http://www.mayoclinic.com/health/mrsa/DS00735

# MRSA infection

## Introduction

Methicillin-resistant Staphylococcus aureus (MRSA) infection is caused by Staphylococcus aureus bacteria — often called "staph." Decades ago, a strain of staph emerged in hospitals that was resistant to the broad-spectrum antibiotics commonly used to treat it. Dubbed methicillin-resistant Staphylococcus aureus (MRSA), it was one of the first germs to outwit all but the most powerful drugs. MRSA infection can be fatal.

Staph bacteria are normally found on the skin or in the nose of about one-third of the population. If you have staph on your skin or in your nose but aren't sick, you are said to be "colonized" but not infected with MRSA. Healthy people can be colonized with MRSA and have no ill effects. However, they can pass the germ to others.

Staph bacteria are generally harmless unless they enter the body through a cut or other wound, and even then they often cause only minor skin problems in healthy people. But in older adults and people who are ill or have weakened immune systems, ordinary staph infections can cause serious illness.

In the 1990s, a type of MRSA began showing up in the wider community. Today, that form of staph, known as community-associated MRSA, or CA-MRSA, is responsible for many serious skin and soft tissue infections and for a serious form of pneumonia.

## Signs and symptoms

**CLICK TO ENLARGE**

Staph infection

Staph infections, including MRSA, generally start as small red bumps that resemble pimples, boils or spider bites. These can quickly turn into deep, painful abscesses that require surgical draining. Sometimes the bacteria remain confined to the skin. But they can also burrow deep into the body, causing potentially life-threatening infections in bones, joints, surgical wounds, the bloodstream, heart valves and lungs.

## Causes

Although the survival tactics of bacteria contribute to antibiotic resistance, humans bear most of the responsibility for the problem. Leading causes of antibiotic resistance include:

- **Unnecessary antibiotic use in humans.** Like other superbugs, MRSA is the result of decades of excessive and unnecessary antibiotic use. For years, antibiotics have been prescribed for colds, flu and other viral infections that don't respond to these drugs, as well as for simple bacterial infections that normally clear on their own.

- **Antibiotics in food and water.** Prescription drugs aren't the only source of antibiotics. In the United States, antibiotics can be found in beef cattle, pigs and chickens. The same antibiotics then find their way into municipal water systems when the runoff from feedlots contaminates streams and groundwater. Routine feeding of antibiotics to animals is banned in the European Union and many other industrialized countries. Antibiotics given in the proper doses to animals who are sick don't appear to produce resistant bacteria.

- **Germ mutation.** Even when antibiotics are used appropriately, they contribute to the rise of drug-resistant bacteria because they don't destroy every germ they target. Bacteria live on an evolutionary fast track, so germs that survive treatment with one antibiotic soon learn to resist others. And because bacteria mutate much more quickly than new drugs can be produced, some germs end up resistant to just about everything. That's why only a handful of drugs are now effective against most forms of staph.

## Risk factors

Because hospital and community strains of MRSA generally occur in different settings, the risk factors for the two strains differ.

Risk factors for hospital-acquired (HA) MRSA include:

- **A current or recent hospitalization.** MRSA remains a concern in hospitals, where it can attack those most vulnerable — older adults and people with weakened immune systems, burns, surgical wounds or serious underlying health problems. A 2007 report from

the Association for Professionals in Infection Control and
Epidemiology estimates that 1.2 million hospital patients are
infected with MRSA each year in the United States. They also
estimate another 423,000 are colonized with it.

- **Residing in a long-term care facility.** MRSA is far more prevalent
  in these facilities than it is in hospitals. Carriers of MRSA have the
  ability to spread it, even if they're not sick themselves.

- **Invasive devices.** People who are on dialysis, are catheterized, or
  have feeding tubes or other invasive devices are at higher risk.

- **Recent antibiotic use.** Treatment with fluoroquinolones
  (ciprofloxacin, ofloxacin or levofloxacin) or cephalosporin antibiotics
  can increase the risk of HA-MRSA.

These are the main risk factors for community-acquired (CA) MRSA:

- **Young age.** CA-MRSA can be particularly dangerous in children.
  Often entering the body through a cut or scrape, MRSA can quickly
  cause a wide spread infection. Children may be susceptible
  because their immune systems aren't fully developed or they don't
  yet have antibodies to common germs. Children and young adults
  are also much more likely to develop dangerous forms of
  pneumonia than older people are.

- **Participating in contact sports.** CA-MRSA has crept into both
  amateur and professional sports teams. The bacteria spread easily
  through cuts and abrasions and skin-to-skin contact.

- **Sharing towels or athletic equipment.** Although few outbreaks
  have been reported in public gyms, CA-MRSA has spread among
  athletes sharing razors, towels, uniforms or equipment.

- **Having a weakened immune system.** People with weakened
  immune systems, including those living with HIV/AIDS, are more
  likely to have severe CA-MRSA infections.

- **Living in crowded or unsanitary conditions.** Outbreaks of CA-
  MRSA have occurred in military training camps and in American and
  European prisons.

- **Association with health care workers.** People who are in close
  contact with health care workers are at increased risk of serious
  staph infections.

## When to seek medical advice

Keep an eye on minor skin problems — pimples, insect bites, cuts and
scrapes — especially in children. If wounds become infected, see your
doctor. Ask to have any skin infection tested for MRSA before starting

antibiotic therapy. Drugs that treat ordinary staph aren't effective against MRSA, and their use could lead to serious illness and more resistant bacteria.

## Screening and diagnosis

Doctors diagnose MRSA by checking a tissue sample or nasal secretions for signs of drug-resistant bacteria. The sample is sent to a lab where it's placed in a dish of nutrients that encourage bacterial growth (culture). But because it takes about 48 hours for the bacteria to grow, newer tests that can detect staph DNA in a matter of hours are now becoming more widely available.

In the hospital, you may be tested for MRSA if you show signs of infection or if you are transferred into a hospital from another healthcare setting where MRSA is known to be present. You may also be tested if you have had a previous history of MRSA.

## Treatment

Both hospital and community associated strains of MRSA still respond to certain medications. In hospitals and care facilities, doctors generally rely on the antibiotic vancomycin to treat resistant germs. CA-MRSA may be treated with vancomycin or other antibiotics that have proved effective against particular strains. Although vancomycin saves lives, it may grow resistant as well; some hospitals are already seeing outbreaks of vancomycin-resistant MRSA. To help reduce that threat, doctors may drain an abscess caused by MRSA rather than treat the infection with drugs.

## Prevention

Hospitals are fighting back against MRSA infection by using surveillance systems that track bacterial outbreaks and by investing in products such as antibiotic-coated catheters and gloves that release disinfectants.

Still, the best way to prevent the spread of germs is for health care workers to wash their hands frequently, to properly disinfect hospital surfaces and to take other precautions such as wearing a mask when working with people with weakened immune systems.

In the hospital, people who are infected or colonized with MRSA are placed in isolation to prevent the spread of MRSA to other patients and healthcare workers. Visitors and healthcare workers caring for isolated patients may be required to wear protective garments and must follow strict handwashing procedures.

### What you can do in the hospital

Here's what you can do to protect yourself, family members or friends from hospital-acquired infections.

- Ask all hospital staff to wash their hands or use an alcohol-based hand sanitizer before touching you — every time.

- Wash your own hands frequently.

- Make sure that intravenous tubes and catheters are inserted under sterile conditions, for example, the person inserting them wears a mask and sterilizes your skin first.

**What you can do in your community**
Protecting yourself from MRSA in your community — which might be just about anywhere — may seem daunting, but these common-sense precautions can help reduce your risk:

- **Wash your hands.** Careful hand washing remains your best defense against germs. Scrub hands briskly for at least 15 seconds, then dry them with a disposable towel and use another towel to turn off the faucet. Carry a small bottle of hand sanitizer containing at least 62 percent alcohol for times when you don't have access to soap and water.

- **Keep personal items personal.** Avoid sharing personal items such as towels, sheets, razors, clothing and athletic equipment. MRSA spreads on contaminated objects as well as through direct contact.

- **Keep wounds covered.** Keep cuts and abrasions clean and covered with sterile, dry bandages until they heal. The pus from infected sores may contain MRSA, and keeping wounds covered will help keep the bacteria from spreading.

- **Shower after athletic games or practices.** Shower immediately after each game or practice. Use soap and water. Don't share towels.

- **Sit out athletic games or practices if you have a concerning infection.** If you have a wound that's draining or appears infected — for example is red, swollen, warm to the touch or tender — consider sitting out athletic games or practices until the wound has healed.

- **Sanitize linens.** If you have a cut or sore, wash towels and bed linens in a washing machine set to the "hot" water setting (with added bleach, if possible) and dry them in a hot dryer. Wash gym and athletic clothes after each wearing.

- **Get tested.** If you have a skin infection that requires treatment, ask your doctor if you should be tested for MRSA. Doctors may prescribe drugs that aren't effective against antibiotic-resistant

staph, which delays treatment and creates more resistant germs. Testing specifically for MRSA may get you the specific antibiotic you need to effectively treat your infection.

- **Use antibiotics appropriately.** When you're prescribed an antibiotic, take all of the doses, even if the infection is getting better. Don't stop until your doctor tells you to stop. Don't share antibiotics with others or save unfinished antibiotics for another time. Inappropriate use of antibiotics, including not taking all of your prescription and overuse, contributes to resistance. If your infection isn't improving after a few days of taking an antibiotic, contact your doctor.

By Mayo Clinic Staff
Nov 9, 2007

© 1998-2008 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Reliable tools for healthier lives," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

DS00735

Attachment



**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _THOMAS CUNNINGHAM_ DATE: _10-3-07_

CELL BLOCK/CELL _LSE #7_        INMATE ID# _396-747_

Describe your request/grievance/amount of calling card

_I AM INDEGENT / NO_
_FUNDS AVAILABLE AND_
_AM REQUASTING TO HAVE_
_SOME READING GLASSES_
_MY family is IN EUROPE_
_AND AM HAVING A HARD_
_TIME SeeING TO READ_
_Ive BeEN Here 3 weeks withOUT seeing_

RECEIVED BY OFFICER: _J. Taylor_        DATE: _10/4/07_ _A_
                                                    _staff_
RESPONSE:                                           _NURSE_

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)   ( ) $30   ( ) $20   ( ) $10

NAME: Cunningham                 DATE: 10-6-07

CELL BLOCK/CELL _____   INMATE ID# 396-747

Describe your request/grievance/amount of calling card

There is no lite in this cell I told the nite officer said He would put a work order in and still no lite.

RECEIVED BY OFFICER: Not Good           DATE: 10-6-07

RESPONSE:

ANSWER GIVEN BY: _____           DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30      ( ) $20      ( ) $10

NAME: _Cunningham_                    DATE: _10-9-07_

CELL BLOCK/CELL _#8_          INMATE ID# _376-747_

Describe your request/grievance/amount of calling card

Request for a FlashLite
we have no Lite in our
cell, Put in several
request and no Lite,
no work order as of
yet.

RECEIVED BY OFFICER: _____ DATE: _____

RESPONSE: _____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

**PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file**
**Inmate Request Form**

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Cunningham_          DATE: _10-4-07_

CELL BLOCK/CELL _____ # 8 INMATE ID# _396-747_

Describe your request/grievance/amount of calling card

ReQuesT for EYE Drops
It is real Dry in
The Top Bunk The Air
Blews Hard In The cell.
I PUT a request for some
Reading Glasses AND They Brought
me some Tires Percription lenses
from The Lost-N- found The

RECEIVED BY OFFICER: _____ DATE: _____    C.O.
                                                       SAID!

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _10-30_

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30      ( ) $20      ( ) $10

NAME: _Cunningham Thomas_  DATE: 10-15-07

CELL BLOCK/CELL ___2 S W___  INMATE ID# 01243-424
FEDERAL BOP #
346-747 JAIL #

Describe your request/grievance/amount of calling card

I Have Recieved Any Mail
Since in custody Have
local Family And Sent
over 5 letters is there
A wait for mail ?

RECEIVED BY OFFICER: _Kyp / 7 2611_  DATE: _6-11-07_

RESPONSE: _____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                          (X) **GRIEVANCE**

( ) **CALLING CARD**                     ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Cunningham_                        DATE: _10-20-07_

CELL BLOCK/CELL _2 SW # 6_    INMATE ID# _396-747_

Describe your request/grievance/amount of calling card

OUT of 4 weeks That
I have Been here I
have put In for comisery
4X and only recieved
It on Twice.

RECEIVED BY OFFICER: _____ DATE: _10/20/0)_

RESPONSE:

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To Inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Cunningham_    DATE: _10-23-07_

CELL BLOCK/CELL _2SW #8_    INMATE ID# _396717_

Describe your request/grievance/amount of calling card

_REQUEST AGAIN FOR READING_
_GLASSES my family has sent_
_IN A PAIR ON 10-17-07._
_No Help As of Yet AND_
_Im Having a Hard Time_
_Reading._

RECEIVED BY OFFICER: _C/O I. Crane_    DATE: _10.23.07_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Cunningham_                  DATE: _10-24-07_

CELL BLOCK/CELL ___#8___            INMATE ID# _____

Describe your request/grievance/amount of calling card

Me + my cell mate just
ate and are still (hungry)
can we get some more food?

RECEIVED BY OFFICER: _Montgomery_        DATE: _10 25-0__

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Cunning Asm_          DATE: _10-26-07_

CELL BLOCK/CELL _HE 2 SW_ DC U _B17411_    INMATE ID# _356 741_   # (179341)

Describe your request/grievance/amount of calling card

_Since the toilets have been over flowing from last week the cell accross from us has their poop cumming up in out toilet._

RECEIVED BY OFFICER: _____ DATE: _10-26-09_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _CUNNINGHAM_          DATE: _10-26-07_

DOC # B17961

CELL BLOCK/CELL #8 75W INMATE ID# 366747

BOOKING JAC # 01293424

Describe your request/grievance/amount of calling card

CAN I GET 1 T SHIRT
1 PAIR of SOX AND
A TOWEL I GAVE
MINE TO THE NEW
INMATE IN # 9 WHO
HAS BEEN HERE 2 DAYS
AND HAS NOTHING NOT
EVEN UNDERWARE

RECEIVED BY OFFICER: _____ DATE: _10-26-07_

RESPONSE: _____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

IF ITS OK
I SPOKE WITH MY PASTOR
JERRY GREEN MY CHURCH IS WILLING
TO DONATE OVER 300 PAIRS
OF SOX + UNDERWARE + THERMALS

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST                    ( ) GRIEVANCE

(X) CALLING CARD              ( ) OTHER
(check one)    ( ) $30    ( ) $20    (X) $10

NAME: _Cunningham_                    DATE: _10-26-07_

CELL BLOCK/CELL _2SW #8_    INMATE ID# _396747_

Describe your request/grievance/amount of calling card

_ONE $10.00 PHONE CARD_

RECEIVED BY OFFICER: _C/CT. Grout_    DATE: _10-27-07_

RESPONSE:

ANSWER GIVEN BY: _____    DATE: _____

PINK - To Inmate upon receipt   YELLOW - To Inmate upon request   WHITE - Inmate file
Inmate Request Form

URGENT   CPL JOHNSON

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: Cunningham Thomas  DATE: 10-30-07

CELL BLOCK/CELL 2 SW #8  INMATE ID# 396747

Describe your request/grievance/amount of calling card

I Request Large Legal
Box for my papers I
had a card bored box
and it fell apart

RECEIVED BY OFFICER: C/O T. Coward   DATE: 10-30-07

**RESPONSE:**

**ANSWER GIVEN BY:** _____ **DATE:** _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

Attachment





**Kankakee County Sheriffs Police**
Timothy F. Bukowski Sheriff

Inmate ID# _396-747_

FED #

### KANKAKEE COUNTY SHERIFF'S DEPARTMENT
### SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME _CUNNINGHAM_ LOCATION _OLD SALC_ C1293-424

PROBLEM _I HAVE AN Emergency_
_Infection in my Jaw,_
_ABSSS TOOTH (umball size._

---

The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20.    NO ONE WILL BE DENIED MEDICAL CARE BECAUSE OF AN INABILITY TO PAY. Inmates who do not have money on the account will be seen by the medical staff and a negative balance will be placed on their account. The charges for service are listed below:

---

Signature _____    Date _10-13-07_

Do not write below this line. Doing so will cause this request to become void.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COMMENT _____

_____

---

| Service Provided (circle all that apply) | Charge | Quantity | TOTAL CHARGE |
|---|---|---|---|
| Sick Call | $10.00 | _____ | _____ |
| Doctor Visit | $15.00 | _____ | _____ |
| Dentist Visit | $30.00 | _____ | _____ |
| Prescription | $____ | _____ | _____ |
| Over the counter medications | $____ | _____ | _____ |
| Ensure | $2.00/can | _____ | _____ |
| Urinalysis | $3.00 | _____ | _____ |
| Pregnancy Test | $5.00 | _____ | _____ |
| Other _____ | $____ | _____ | _____ |
| | | **TOTAL** | _____ |

NURSE _____    DATE_____

3000 Justice Way • Kankakee, Illinois 60901
911 • Emergency
(815) 802-7110 Administration
Fax: (815) 802-7111
HTTP://wwwkankakeecountysheriff.com



**Kankakee County Sheriffs Police**
Timothy F. Bukowski Sheriff

## KANKAKEE COUNTY SHERIFF'S DEPARTMENT
### SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME _CUNNINGHAM_ LOCATION _2SLU_

PROBLEM _I PUT A MEDICAL SLIP IN ON_
_10-13-07 AND ONE ON THE_
_DAY IT 11-1-07 BECAUSE of MY_

> The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20. NO ONE WILL BE DENIED MEDICAL CARE BECAUSE OF AN INABILITY TO PAY. Inmates who do not have money on their account will be seen by medical staff, and a negative balance will be placed on their account. The charges for services are listed below:

Signature _____ Date _11-1-07_
Do not write below this line. Doing so will cause this request to become void.

COMMENT _TOOTH HAS BEEN IN PAIN SO_
_I TOOK A TEETH BRUSH AND BASHED_
_THE TOOTH OUT of MY HEAD. THANK_
_YOU FOR THE MEDICAL ADVISE. THE_

| Service Provided (circle all that apply) | Charge | Quantity | Total Charge |
|---|---|---|---|
| Sick Call | $10.00 | _____ | _____ |
| Doctor Visit | $25.00 | _____ | _____ |
| Dentist Visit | $30.00 | _____ | _____ |
| Prescription | $_____ | _____ | _____ |
| Over the counter medications | $_____ | _____ | _____ |
| Ensure | $2.00/can | _____ | _____ |
| Urinalysis | $3.00 | _____ | _____ |
| Pregnancy Test | $5.00 | _____ | _____ |
| Other_____ | $_____ | | |

TOTAL _____

NURSE_____ DATE_____

_FELECIA WITNESSED THE EXTRACTION AND GAVE ME SOME ASPIRIN_

3000 Justice Way • Kankakee, Illinois 60901
911 • Emergency
(815) 802-7110 • Administration
Fax (815) 802-7111
HTTP://www.kankakeecountysheriff.com

EMERGENCY

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                                    (X) **GRIEVANCE**

( ) **CALLING CARD**                           ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: Cunningham                    DATE: 11-1-07

CELL BLOCK/CELL 2 SW #5    INMATE ID# 356747

Describe your request/grievance/amount of calling card

I HAVE PUT IN SEVERAL
REQUEST FOR MEDICAL
TREATMENT I HAVE A
TOOTH THAT IS ABSESS
AND IN GREAT PAIN I
MAY BE FORCED TO PULL THIS
TOOTH TONIGHT I AM
GOING TO TRY

RECEIVED BY OFFICER: _____ DATE: 11-1-07

RESPONSE: _____

_____

_____

_____

_____

**ANSWER GIVEN BY:** _____ **DATE:** _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _CUNNINGHAM_                DATE: _1 1 3 - C 7_
                                 _Feb C17393 CR4_

CELL BLOCK/CELL _SW #8_    INMATE ID# _356747_

Describe your request/grievance/amount of calling card

_REQUEST for ASPIN I HAVE
HAD A fever AS A RESULT
OF TAKING OUT MY OWN TOOTH
MAY I HAVE SOME ASPIN._

RECEIVED BY OFFICER: _____ DATE: _11-3-07_

RESPONSE: _____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form



**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(X) **REQUEST**                    ( ) **GRIEVANCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)   ( ) $30    ( ) $20    ( ) $10

NAME: _L. VININYHAm_              DATE: _11-4-07_

CELL BLOCK/CELL _2SW #8_   INMATE ID# _398 747_

Describe your request/grievance/amount of calling card

I request some antibiotic
for my teeth I had to
pull them, a piece still
left in there, May I have
some aspin also I still
have a fever, Ive been
here since 7-18-07 and have not
recieved any positive from any request

RECEIVED BY OFFICER: _C/o Hahn_          DATE: _11-4-07_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                          ( ) **GRIEVANCE**

( ) **CALLING CARD**                  ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME: _Thomas Cunningham_ DATE: _11-17-07_

CELL BLOCK/CELL _2 SW #8_ INMATE ID# _396747_

Describe your request/grievance/amount of calling card _e DA01293424_

_I have oper scores
on my arms from Bug
Bites. Can I get some
oIntment or Some,
medication please._

RECEIVED BY OFFICER: _____ DATE: _11-17-07_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - To Inmate upon receipt   YELLOW - To Inmate upon request   WHITE - Inmate file
Inmate Request Form

ATTachmenT



EMERGENCY

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                              (X) **GRIEVANCE**

( ) **CALLING CARD**                    ( ) **OTHER**
(check one)   ( ) $30    ( ) $20    ( ) $10

NAME: Cunningham          DATE: 11-1-07

CELL BLOCK/CELL 2SW #8    INMATE ID# 356747

Describe your request/grievance/amount of calling card

I HAVE PUT IN SEVERAL
REQUEST FOR MEDICAL
TREATMAT I HAVE A
TOOTH THAT IS ABSESS
AND IN GREAT PAIN I
MAY BE FORCED TO PULL THIS
TOOTH TONIGHT I AM
GOING TO TRY

RECEIVED BY OFFICER: Knight 618    DATE: 11-1-07

**RESPONSE:**

Will schedule appt - can
take 4 - 8 wks

**ANSWER GIVEN BY:** S. Glaum N    DATE: 11/3/07

PINK - To inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form





Thomas Cunningham    11-19-0
PATIENT                              DATE
Clindamycin 250ms
MEDICATION
_____ Tablets          Every _____ Hours
__2__ Capsules                  _____ At bedtime
_____ Teaspoons        __4__ Times a day
                                        _____ As needed
          x 10 deys                  FC

Thomas Cunningham    1/29/08
PATIENT                              DATE
Motrin 800mg
MEDICATION
__3__ Tablets          Every __6-7__ Hours
_____ Capsules                  _____ At bedtime
_____ Teaspoons        _____ Times a day
                                        __✓__ As needed
Dr. KDP                              FC408

Thomas Cunningham    11-19-0
PATIENT                              DATE
Clindamycin 250ms
MEDICATION
_____ Tablets          Every _____ Hours
__2__ Capsules                  _____ At bedtime
_____ Teaspoons        __4__ Times a day
                                        _____ As needed
          x 10 deys                  FC

Thomas Cunningham    1/29/08
PATIENT                              DATE
Motrin 800mg
MEDICATION
__3__ Tablets          Every __6-7__ Hours
_____ Capsules                  _____ At bedtime
_____ Teaspoons        _____ Times a day
                                        __✓__ As needed
Dr. KDP                              FC408

ATTORNEY-CLIENT LEGAL MAIL
SPECIAL MAIL: OPEN ONLY IN
PRESENCE OF INMATE

Thomas Cunningham
Kankakee County Jail
400 East Merchant
Kankakee, IL 60901





# FEDERAL DEFENDER PROGRAM

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

55 E. MONROE STREET - SUITE 2800
CHICAGO, ILLINOIS 60603

PHONE 312.621.8300
FAX 312.621.8399



TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

PIYUSH CHANDRA
IMANI CHIPHE
CHRISTINA L. F. JACKSON
LUIS M. GALVAN
DANIEL J. HESLER
MARY H. JUDGE
HELEN J. KIM
ROSE J. LINDSAY
MATTHEW J. MADDEN
DANIEL G. MARTIN
GABRIEL B. PLOTKIN
SERGIO F. RODRIGUEZ
ROBERT D. SEEDER
ALISON M. SIEGLER
WILLIAM H. THEIS
HEATHER L. WINSLOW

**PRIVILEGED AND CONFIDENTIAL:**
**SUBJECT TO ATTORNEY-CLIENT**
**PRIVILEGE AND ATTORNEY WORK**
**PRODUCT DOCTRINE**

November 27, 2007

Thomas Cunningham
Kankakee County Jail
400 East Merchant
Kankakee, IL 60901

Dear Mr. Cunningham:

This is information I printed out regarding your infection - MRSA. Should you have any further questions, do not hesitate to contact me.

Sincerely,

Christina Farley Jackson

encl.

MRSA infection - MayoClinic.com



**Original
Article:**http://www.mayoclinic.com/health/mrsa/DS00735/DSECTION=8

# MRSA infection

## Introduction

Methicillin-resistant Staphylococcus aureus (MRSA) infection is caused
by Staphylococcus aureus bacteria — often called "staph." Decades ago,
a strain of staph emerged in hospitals that was resistant to the broad-
spectrum antibiotics commonly used to treat it. Dubbed methicillin-
resistant Staphylococcus aureus (MRSA), it was one of the first germs to
outwit all but the most powerful drugs. MRSA infection can be fatal.

Staph bacteria are normally found on the skin or in the nose of about one-
third of the population. If you have staph on your skin or in your nose but
aren't sick, you are said to be "colonized" but not infected with MRSA.
Healthy people can be colonized with MRSA and have no ill effects.
However, they can pass the germ to others.

Staph bacteria are generally harmless unless they enter the body through
a cut or other wound, and even then they often cause only minor skin
problems in healthy people. But in older adults and people who are ill or
have weakened immune systems, ordinary staph infections can cause
serious illness.

In the 1990s, a type of MRSA began showing up in the wider community.
Today, that form of staph, known as community-associated MRSA, or CA-
MRSA, is responsible for many serious skin and soft tissue infections and
for a serious form of pneumonia.

## Signs and symptoms

### CLICK TO ENLARGE

Staph infection

Staph infections, including MRSA, generally start as small red bumps that resemble pimples, boils or spider bites. These can quickly turn into deep, painful abscesses that require surgical draining. Sometimes the bacteria remain confined to the skin. But they can also burrow deep into the body, causing potentially life-threatening infections in bones, joints, surgical wounds, the bloodstream, heart valves and lungs.

## Causes

Although the survival tactics of bacteria contribute to antibiotic resistance, humans bear most of the responsibility for the problem. Leading causes of antibiotic resistance include:

- **Unnecessary antibiotic use in humans.** Like other superbugs, MRSA is the result of decades of excessive and unnecessary antibiotic use. For years, antibiotics have been prescribed for colds, flu and other viral infections that don't respond to these drugs, as well as for simple bacterial infections that normally clear on their own.

- **Antibiotics in food and water.** Prescription drugs aren't the only source of antibiotics. In the United States, antibiotics can be found in beef cattle, pigs and chickens. The same antibiotics then find their way into municipal water systems when the runoff from feedlots contaminates streams and groundwater. Routine feeding of antibiotics to animals is banned in the European Union and many other industrialized countries. Antibiotics given in the proper doses to animals who are sick don't appear to produce resistant bacteria.

- **Germ mutation.** Even when antibiotics are used appropriately, they contribute to the rise of drug-resistant bacteria because they don't destroy every germ they target. Bacteria live on an evolutionary fast track, so germs that survive treatment with one antibiotic soon learn to resist others. And because bacteria mutate much more quickly than new drugs can be produced, some germs end up resistant to just about everything. That's why only a handful of drugs are now effective against most forms of staph.

## Risk factors

Because hospital and community strains of MRSA generally occur in different settings, the risk factors for the two strains differ.

Risk factors for hospital-acquired (HA) MRSA include:

- **A current or recent hospitalization.** MRSA remains a concern in hospitals, where it can attack those most vulnerable — older adults and people with weakened immune systems, burns, surgical wounds or serious underlying health problems. A 2007 report from

the Association for Professionals in Infection Control and Epidemiology estimates that 1.2 million hospital patients are infected with MRSA each year in the United States. They also estimate another 423,000 are colonized with it.

- **Residing in a long-term care facility.** MRSA is far more prevalent in these facilities than it is in hospitals. Carriers of MRSA have the ability to spread it, even if they're not sick themselves.

- **Invasive devices.** People who are on dialysis, are catheterized, or have feeding tubes or other invasive devices are at higher risk.

- **Recent antibiotic use.** Treatment with fluoroquinolones (ciprofloxacin, ofloxacin or levofloxacin) or cephalosporin antibiotics can increase the risk of HA-MRSA.

These are the main risk factors for community-acquired (CA) MRSA:

- **Young age.** CA-MRSA can be particularly dangerous in children. Often entering the body through a cut or scrape, MRSA can quickly cause a wide spread infection. Children may be susceptible because their immune systems aren't fully developed or they don't yet have antibodies to common germs. Children and young adults are also much more likely to develop dangerous forms of pneumonia than older people are.

- **Participating in contact sports.** CA-MRSA has crept into both amateur and professional sports teams. The bacteria spread easily through cuts and abrasions and skin-to-skin contact.

- **Sharing towels or athletic equipment.** Although few outbreaks have been reported in public gyms, CA-MRSA has spread among athletes sharing razors, towels, uniforms or equipment.

- **Having a weakened immune system.** People with weakened immune systems, including those living with HIV/AIDS, are more likely to have severe CA-MRSA infections.

- **Living in crowded or unsanitary conditions.** Outbreaks of CA-MRSA have occurred in military training camps and in American and European prisons.

- **Association with health care workers.** People who are in close contact with health care workers are at increased risk of serious staph infections.

## When to seek medical advice

Keep an eye on minor skin problems — pimples, insect bites, cuts and scrapes — especially in children. If wounds become infected, see your doctor. Ask to have any skin infection tested for MRSA before starting

antibiotic therapy. Drugs that treat ordinary staph aren't effective against MRSA, and their use could lead to serious illness and more resistant bacteria.

## Screening and diagnosis

Doctors diagnose MRSA by checking a tissue sample or nasal secretions for signs of drug-resistant bacteria. The sample is sent to a lab where it's placed in a dish of nutrients that encourage bacterial growth (culture). But because it takes about 48 hours for the bacteria to grow, newer tests that can detect staph DNA in a matter of hours are now becoming more widely available.

In the hospital, you may be tested for MRSA if you show signs of infection or if you are transferred into a hospital from another healthcare setting where MRSA is known to be present. You may also be tested if you have had a previous history of MRSA.

## Treatment

Both hospital and community associated strains of MRSA still respond to certain medications. In hospitals and care facilities, doctors generally rely on the antibiotic vancomycin to treat resistant germs. CA-MRSA may be treated with vancomycin or other antibiotics that have proved effective against particular strains. Although vancomycin saves lives, it may grow resistant as well; some hospitals are already seeing outbreaks of vancomycin-resistant MRSA. To help reduce that threat, doctors may drain an abscess caused by MRSA rather than treat the infection with drugs.

## Prevention

Hospitals are fighting back against MRSA infection by using surveillance systems that track bacterial outbreaks and by investing in products such as antibiotic-coated catheters and gloves that release disinfectants.

Still, the best way to prevent the spread of germs is for health care workers to wash their hands frequently, to properly disinfect hospital surfaces and to take other precautions such as wearing a mask when working with people with weakened immune systems.

In the hospital, people who are infected or colonized with MRSA are placed in isolation to prevent the spread of MRSA to other patients and healthcare workers.Visitors and healthcare workers caring for isolated patients may be required to wear protective garments and must follow strict handwashing procedures.

### What you can do in the hospital

Here's what you can do to protect yourself, family members or friends from hospital-acquired infections.

- Ask all hospital staff to wash their hands or use an alcohol-based hand sanitizer before touching you — every time.

- Wash your own hands frequently.

- Make sure that intravenous tubes and catheters are inserted under sterile conditions, for example, the person inserting them wears a mask and sterilizes your skin first.

**What you can do in your community**
Protecting yourself from MRSA in your community — which might be just about anywhere — may seem daunting, but these common-sense precautions can help reduce your risk:

- **Wash your hands.** Careful hand washing remains your best defense against germs. Scrub hands briskly for at least 15 seconds, then dry them with a disposable towel and use another towel to turn off the faucet. Carry a small bottle of hand sanitizer containing at least 62 percent alcohol for times when you don't have access to soap and water.

- **Keep personal items personal.** Avoid sharing personal items such as towels, sheets, razors, clothing and athletic equipment. MRSA spreads on contaminated objects as well as through direct contact.

- **Keep wounds covered.** Keep cuts and abrasions clean and covered with sterile, dry bandages until they heal. The pus from infected sores may contain MRSA, and keeping wounds covered will help keep the bacteria from spreading.

- **Shower after athletic games or practices.** Shower immediately after each game or practice. Use soap and water. Don't share towels.

- **Sit out athletic games or practices if you have a concerning infection.** If you have a wound that's draining or appears infected — for example is red, swollen, warm to the touch or tender — consider sitting out athletic games or practices until the wound has healed.

- **Sanitize linens.** If you have a cut or sore, wash towels and bed linens in a washing machine set to the "hot" water setting (with added bleach, if possible) and dry them in a hot dryer. Wash gym and athletic clothes after each wearing.

- **Get tested.** If you have a skin infection that requires treatment, ask your doctor if you should be tested for MRSA. Doctors may prescribe drugs that aren't effective against antibiotic-resistant

staph, which delays treatment and creates more resistant germs. Testing specifically for MRSA may get you the specific antibiotic you need to effectively treat your infection.

- **Use antibiotics appropriately.** When you're prescribed an antibiotic, take all of the doses, even if the infection is getting better. Don't stop until your doctor tells you to stop. Don't share antibiotics with others or save unfinished antibiotics for another time. Inappropriate use of antibiotics, including not taking all of your prescription and overuse, contributes to resistance. If your infection isn't improving after a few days of taking an antibiotic, contact your doctor.

By Mayo Clinic Staff
Nov 9, 2007

© 1998-2007 Mayo Foundation for Medical Education and Research (MFMER). All rights reserved. A single copy of these materials may be reprinted for noncommercial personal use only. "Mayo," "Mayo Clinic," "MayoClinic.com," "EmbodyHealth," "Reliable tools for healthier lives," "Enhance your life," and the triple-shield Mayo Clinic logo are trademarks of Mayo Foundation for Medical Education and Research.

DS00735

# Attachment

# G

# Across the Nation

## Mulcahy won't enforce citations

WASHINGTON — Atty. Gen. Michael Mukasey replied Friday to refer House GOP Leader John Boehner's complaint that the White House officials he's trying to get hold of subpoena, saying the people involved cannot be prosecuted because they are following legal advice from the administration.

In a letter to House Speaker Nancy Pelosi (D-Calif.), he said the refusal by White House Chief of Staff Joshua Bolten and former presidential counsel Harriet Miers to comply with congressional subpoenas "did not constitute a crime."

## USDA suspends 2 after beef recall

LOS ANGELES — The U.S. Department of Agriculture suspended at least two federal inspectors in the largest beef recall—143 million pounds—in the nation's history, a union official said Friday.

Stan Painter, chairman of the National Joint Council of Food Inspection Locals, said USDA officials confirmed the suspensions to him.

The recall stemmed from Westland/Hallmark Meat Co. in Chino, Calif.

## Judge rejects argument on anthrax vaccination

WASHINGTON POST

WASHINGTON — An attorney for six Defense Department employees said Friday that they will appeal a federal judge's dismissal of their lawsuit challenging the Pentagon's policy of compulsory anthrax vaccinations for certain troops, their attorney said.

The military personnel argued that they should not be forced to take the vaccine because there is no definitive proof that it is effective for inhalation anthrax.

A federal judge acted arbitrarily or capriciously and granted the government the men's request to dismiss the case.

Zaid said the FDA wrongly drew conclusions about the effectiveness of the vaccine in humans based on decades-old studies involving animals.

"This case has repercussions far beyond the anthrax program," he said. "Anyone who is concerned about vaccine safety should be wary of this judicial decision."

The shots have been required for most military personnel.

## School protest turns into brawl

Students and parents file a melee Friday at Miami Edison Senior High School. A protest over a student's arrest turned violent, leading to 25 from being arrested and seven officers being injured.

AP photo by John Vanbeekum



## Toxin at motel confirmed as ricin

LAS VEGAS — Author-ities on Friday confirmed that the deadly toxin ricin was found in a motel room most recently occupied by a man who has been in critical condition with breathing problems at a hospital for more than two weeks.

Las Vegas police said there was no apparent link to terrorist activity, and no indication of any spread of the substance beyond one plastic bag in the man's room Thursday, though the amount of ricin is enough to kill.

---

A woman arrested on charges of stealing a $9 sandwich from a grocery store appeared in good health when she was booked into the Pinellas County jail. She was dead two weeks later after aggressive infection ravaged her body.

ST. PETERSBURG, Fla.— Dorothy Dian Pulinelle, 42, died Thursday. Sources of stealing said she contracted the drug-resistant staph infection sometime after posing as shoplifting the drug-resistant

While her family supports the claim she got the illness in jail, Pinellas County officials declined to comment on specifics of her care.

## ELSEWHERE

**HUMAN ERROR:** A power failure that plunged large parts of Florida into the dark this week was caused primarily with human error, the state's largest electric company said Friday. Florida Power & Light issued a preliminary report saying that a field engineer was to blame for Tuesday's failure, which affected more than 584,000 customers.

**TEEN CHARGED:** Anthony Tyrone Terrell, 17, was arrested Friday and charged with murder in the shooting death of his mother, who was shot in the back and killed in her apartment in their Gwinnett County neighborhood, Ga., according to authorities.

**ZOO ARREST:** Two men after the deadly tiger attack at the San Francisco Zoo, two

men were caught late Thursday after allegedly throwing acorns at the zoo's two black rhinos. Both were detained by zoo employees, but only one was cited, who was a misdemeanor by San Francisco municipal code that prohibits disturbing the animals.

—Page compiled from Tribune news services

## QUOTABLE

"I wish I could go back and stop what I have done, but I can't. Pray and ask God to forgive me ... I did not want for my emotions to get the best of me. What is wrong with me I'll never know."

— Rusty Ramley (left), of Tennessee, in statement after killing four people and leaving his wife, police said



# WINTER SALE

# 40% OFF ALL FURNITURE

lawsuit asked the court to block the Pentagon from inoculating the plaintiffs and to rush the anthrax vaccine to property licensed by the Food and Drug Administration.

But U.S. District Judge Rosemary M. Collyer ruled Friday that the FDA "did not act

bioterrorism defense or deployed if for more consecutive days in Iraq, Afghanistan or South Korea.
— Cynthia Smith, a Defense Department spokeswoman.

Rosemary Collyer ruled Friday that troops must be vaccinated to protect against biological attacks.

# Chicago Tribune

## How to contact us

A TRIBUNE PUBLISHING COMPANY 435 N. MICHIGAN AVE, CHICAGO, ILL. 60611

For questions about delivery, billing, a new subscription or to suspend your subscription while on vacation, please call

### 1-800-TRIBUNE (1-800-874-2863)

| | |
|---|---|
| E-mail: | consumerservices@tribune.com |
| Online: | chicagotribune.com/customerservice |
| Hearing impaired can call: | (312) 222-3922 (TDD) |
| Main operator: | (312) 222-3232 |
| To fill in news tips: | (312) 222-3040 |
| News tip e-mail: | metro@tribune.com |
| Public Editor: | Timothy A. McNulty (312) 222-3348 |
| Public Editor's e-mail: | publiceditor@tribune.com |
| Classified advertising: | (312) 222-2222 or classified@tribune.com |
| Professional display advertising: | (312) 222-4150 or cdisplay@tribune.com |
| Preprint/insert advertising: | (312) 527-8267 or jdallas@tribune.com |

## WINNING LOTTERY NUMBERS

| ILLINOIS | Midday | Evening |
|---|---|---|
| Feb. 29 Pick 3 | 228 | 489 |
| Feb. 29 Pick 4 | 4960 | 2118 |

| MICHIGAN | Midday | Evening |
|---|---|---|
| Feb. 29 Daily 3 | 731 | 483 |
| Feb. 29 Daily 4 | 2647 | 8214 |

## HOME DELIVERY RATES

| WEEKLY | MON-FRI | SUNDAY* | 7 DAYS |
|---|---|---|---|
| | $2.30 | $1.79 | $4.50 |

## DELIVERY BY MAIL

| | SUNDAY | 7 DAYS |
|---|---|---|
| 5-State** | $38.96 | $99.96 |
| U.S.wide | $58.20 | $116.76 |

## CHICAGO TRIBUNE ARCHIVES

## NEWS IN EDUCATION

## ADVERTISING INFORMATION

Chicago Tribune (USSP 104-000) is published daily by the Chicago Tribune Company, 435 N. Michigan Ave., Chicago, IL 60611. Periodicals postage paid at Chicago, IL and additional mailing offices.

Copyright © 2008 Chicago Tribune Company. All rights reserved and to be where content.



# SALE

## CENTURY FURNITURE®

"Infinite Possibilities. Unlimited Attention."

1908  100 YEARS  2008

# TOMS-PRICE
## HOME FURNISHINGS

Wheaton 630.668.7878 • Lincolnshire 847.478.1900 • Old Orchard 847.675.9400 • Bloomingdale Outlet 630.539.7800

*Item pictured may not be shown at all stores, please call ahead. Percentage of manufacturer's suggested price. Excludes rugs and accessories. May not be used on previous orders or with other offers. Expires 3/2/08.



Attachment

H



# FEDERAL DEFENDER PROGRAM

*UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*

55 E. MONROE STREET - SUITE 2800
CHICAGO, ILLINOIS 60603

PHONE 312.621.8300
FAX 312.621.8399

PIYUSH CHANDRA
IMANI CHIPHE
CHRISTINA L. F. JACKSON
LUIS M. GALVÁN
DANIEL J. HESLER
MARY H. JUDGE
HELEN J. KIM
ROSE J. LINDSAY
MATTHEW J. MADDEN
DANIEL G. MARTIN
GABRIEL B. PLOTKIN
SERGIO F. RODRIGUEZ
ROBERT D. SEEDER
ALISON M. SIEGLER
WILLIAM H. THEIS
HEATHER L. WINSLOW

TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

**Via Facsimile**

January 30, 2008

Jim Bial
United States Marshal's Service
219 S. Dearborn
Chicago, Il 60604

> **Re:    United States v. Thomas Cunningham 07 CR 605**

Dear Mr. Bial:

I received your voice mail yesterday requesting copies of the request forms submitted by Mr. Cunningham. I just received some of those request forms today when Mr. Cunningham was able to give them to me in open court. I have enclosed the motion that I filed for immediate medical treatment, as well as a copy of the court order granting that motion. Additionally, I have included the request forms. Should you need anything further, do not hesitate to contact me. This is an extremely important matter that I hope to resolve as expeditiously as possible. Thank you in advance for your assistance.

Sincerely,

Christina Farley Jackson
Staff Attorney

encl.

Cc:    Melody Waldron, Supervisor (via email)

# Attachments

# I

# FEDERAL DEFENDER PROGRAM



*UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*

55 E. MONROE STREET · SUITE 2800
CHICAGO, ILLINOIS 60603

PHONE 312.621.8300
FAX 312.621.8399

TERENCE F. MacCARTHY
*EXECUTIVE DIRECTOR*

CAROL A. BROOK
*DEPUTY DIRECTOR*

JOHN F. MURPHY
*CHIEF TRIAL ATTORNEY*

LOIS K. WAGNER
*ADMINISTRATIVE OFFICER*

PIYUSH CHANDRA
IMANI CHIPHE
CHRISTINA L. F. JACKSON
LUIS M. GALVÁN
DANIEL J. HESLER
MARY H. JUDGE
HELEN J. KIM
ROSE J. LINDSAY
MATTHEW J. MADDEN
DANIEL G. MARTIN
GABRIEL B. PLOTKIN
SERGIO F. RODRIGUEZ
ROBERT D. SEEDER
ALISON M. SIEGLER
WILLIAM H. THEIS
HEATHER L. WINSLOW

February 15, 2008

Frank Cunningham
348 Linden Road
Lake Zurich, IL 60047

Dear Mr. Cunningham:

I have enclosed Tom's wallet and identification that I received from the agents, as well as paperwork and his tooth that he requested I send to you. Should you have any questions, feel free to contact me.

Sincerely,

Christina Farley Jackson
Attorney for Thomas Cunningham

encl.

