F I L E D

MAR 1 9 2008
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Thomas Cunningham
_____
Plaintiff

v.

The County Of Kankakee /KCDC/JCDC
The City of Kankakee /KCDC/JCDC
Chief of corrections Michael Downey
_____
Defendant(s)

08CV1605
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*
I, Thomas Cunningham , declare that I am the ☐plaintiff ☒petitioner ☐movant (other _____ ) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒Yes      ☐No   (If "No," go to Question 2)
   I.D. # 396747 _____ Name of prison or jail: Kankakee/KCDC _____
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?      ☐Yes      ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?      ☐Yes      ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes      ☒No
      Amount_____ Received by_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 3-2-08

_____
Signature of Applicant

_____Thomas Cunningham_____
(Print Name)

--------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** _A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts._ Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by _each_ _institution_ where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Thomas Cunningham I.D.# 396747 , has the sum

of $ .00 on account to his/her credit at (name of institution) Jerome Combs D.C.

I further certify that the applicant has the following securities to his/her credit: _____ . I further

certify that during the past six months the applicant's average monthly deposit was $ 107.50 .

(Add all deposits from all sources and then _divide_ by number of months).

3-7-08
_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

GLORIA LOCHNER
_____
(Print name)

```
OFFICIAL SEAL
GLORIA LOCHNER
Notary Public - State of Illinois
My Commission Expires Dec. 28, 2009
```

rev. 7/18/02

# Resident Transaction Details

Transactions From 9/7/2007 To 3/7/2008

## 396747 : CUNNINGHAM, THOMAS A

Main Balance:        $0.00

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 384167 | 3/7/2008 | Close | | | | | $0.00 |
| 384166 | 3/7/2008 | Check | | | Check 14929 Paid To: THOMAS CUNNINGHAM Balance at Release RELEASED TO MCC 01293-424 | -$0.51 | $0.00 |
| 384165 | 3/7/2008 | Release | | | RESIDENT RELEASE | | $0.51 |
| 370393 | 1/30/2008 | BillPay | | | PAYMENT FOR TRANS 370392 | -$65.55 | $0.51 |
| 370392 | 1/30/2008 | Bill | $65.55 | $65.55 | Commissary : COMMISSARY 1/30/2008 REF:798 | | $0.51 |
| 369823 | 1/29/2008 | BillPay | | | PAYMENT FOR TRANS 369822 | -$10.00 | $66.06 |
| 369822 | 1/29/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $66.06 |
| 369235 | 1/28/2008 | Add | | | Check# 1786591 CC PYMT FC | $75.00 | $76.06 |
| 367908 | 1/23/2008 | BillPay | | | PAYMENT FOR TRANS 367907 | -$7.61 | $1.06 |
| 367907 | 1/23/2008 | Bill | $7.61 | $7.61 | Commissary : COMMISSARY 1/23/2008 REF:783 | | $1.06 |
| 365952 | 1/16/2008 | BillPay | | | PAYMENT FOR TRANS 365951 | -$42.31 | $8.67 |
| 365951 | 1/16/2008 | Bill | $42.31 | $42.31 | Commissary : COMMISSARY 1/16/2008 REF:779 | | $8.67 |
| 365350 | 1/15/2008 | Add | | | Check# 1758077 | $50.00 | $50.98 |

Printed 3/7/2008                 Confidential Property of                 Page 1 of 3

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---------|------|------|-------------|--------------|---------|--------|-----------------|
| | | | | | CC PYMT  BS | | |
| 360998 | 1/2/2008 | BillPay | | | PAYMENT FOR TRANS 360997 | -$16.92 | $0.98 |
| 360997 | 1/2/2008 | Bill | $16.92 | $16.92 | Commissary : COMMISSARY 1/2/2008 REF:756 | | $0.98 |
| 358803 | 12/26/2007 | BillPay | | | PAYMENT FOR TRANS 358802 | -$42.99 | $17.90 |
| 358802 | 12/26/2007 | Bill | $42.99 | $42.99 | Commissary : COMMISSARY 12/26/2007 REF:749 | | $17.90 |
| 358648 | 12/24/2007 | Add | | | Check# 1712584<br>CC PYMT  BS | $60.00 | $60.89 |
| 356872 | 12/19/2007 | BillPay | | | PAYMENT FOR TRANS 356971 | -$25.35 | $0.89 |
| 356971 | 12/19/2007 | Bill | $25.35 | $25.35 | Commissary : COMMISSARY 12/19/2007 REF:742 | | $0.89 |
| 355971 | 12/17/2007 | Add | | | MO# 1116480 1496<br>CJ | $25.00 | $26.24 |
| 354723 | 12/12/2007 | BillPay | | | PAYMENT FOR TRANS 354722 | -$51.06 | $1.24 |
| 354722 | 12/12/2007 | Bill | $51.06 | $51.06 | Commissary : COMMISSARY 12/12/2007 REF:732 | | $1.24 |
| 352035 | 12/5/2007 | BillPay | | | PAYMENT FOR TRANS 352034 | -$73.26 | $52.30 |
| 352034 | 12/5/2007 | Bill | $73.26 | $73.26 | Commissary : COMMISSARY 12/5/2007 REF:724 | | $52.30 |
| 351955 | 12/5/2007 | Add | | | CC PYMT  FC | $125.00 | $125.56 |
| 349593 | 11/28/2007 | BillPay | | | PAYMENT FOR TRANS 349592 | -$50.00 | $0.56 |
| 349592 | 11/28/2007 | Bill | $50.00 | $50.00 | Commissary : COMMISSARY 11/28/2007 REF:719 | | $0.56 |
| 349003 | 11/27/2007 | Add | | | CC PYMT  BS | $50.00 | $50.56 |
| 347178 | 11/19/2007 | BillPay | | | PAYMENT FOR TRANS 347177 | -$14.13 | $0.56 |
| 347177 | 11/19/2007 | Bill | $14.13 | $14.13 | Commissary : COMMISSARY 11/19/2007 REF:714 | | $0.56 |
| 343271 | 11/7/2007 | BillPay | | | PAYMENT FOR TRANS 343270 | -$65.64 | $14.69 |
| 343270 | 11/7/2007 | Bill | $65.64 | $65.64 | Commissary : COMMISSARY 11/7/2007 REF:704 | | $14.69 |
| 342568 | 11/6/2007 | Add | | | CC PYMT  FC | $75.00 | $80.33 |
| 340914 | 10/31/2007 | BillPay | | | PAYMENT FOR TRANS 340913 | -$45.09 | $5.33 |

　　Confidential Property of

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Release Balance |
|---|---|---|---|---|---|---|---|
| 340913 | 10/31/2007 | Bill | $45.09 | $45.09 | Commissary : COMMISSARY 10/31/2007 REF:700 | | $5.33 |
| 340369 | 10/30/2007 | BillPay | | | PAYMENT FOR TRANS 340368 | -$10.00 | $50.42 |
| 340368 | 10/30/2007 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $50.42 |
| 338995 | 10/25/2007 | Add | | | BS | $60.00 | $60.42 |
| 338670 | 10/24/2007 | BillPay | | | PAYMENT FOR TRANS 338669 | -$1.74 | $0.42 |
| 338669 | 10/24/2007 | Bill | $1.74 | $1.74 | Commissary : COMMISSARY 10/24/2007 REF:697 | | $0.42 |
| 333891 | 10/10/2007 | BillPay | | | PAYMENT FOR TRANS 333890 | -$74.75 | $2.16 |
| 333890 | 10/10/2007 | Bill | $74.75 | $74.75 | Commissary : COMMISSARY 10/10/2007 REF:686 | | $2.16 |
| 333343 | 10/9/2007 | Add | | | CC PYMT FC | $75.00 | $76.91 |
| 331807 | 10/3/2007 | BillPay | | | PAYMENT FOR TRANS 331806 | -$1.74 | $1.91 |
| 331806 | 10/3/2007 | Bill | $1.74 | $1.74 | Commissary : COMMISSARY 10/3/2007 REF:681 | | $1.91 |
| 329661 | 9/26/2007 | BillPay | | | PAYMENT FOR TRANS 329660 | -$11.38 | $3.65 |
| 329660 | 9/26/2007 | Bill | $11.38 | $11.38 | Commissary : COMMISSARY 9/26/2007 REF:675 | | $3.65 |
| 327711 | 9/19/2007 | BillPay | | | PAYMENT FOR TRANS 327710 | -$34.97 | $15.03 |
| 327710 | 9/19/2007 | Bill | $34.97 | $34.97 | Commissary : COMMISSARY 9/19/2007 REF:672 | | $15.03 |
| 327121 | 9/18/2007 | Add | | | Initial Check Receipt : CC PYMT FC | $50.00 | $50.00 |
| 327120 | 9/18/2007 | Open | | | OPENING ACCOUNT | $0.00 | $0.00 |

*Gloria Lochner* (signature)
3-7-08

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public - State of Illinois
My Commission Expires Dec. 28, 2009

Printed 3/7/2008

Confidential Property of