FILED
MAR 1 9 2008
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

With respect to the court I have requested several times to the institutions process for a financial statement and a certified copy of my in FORMA PAUPERIS without response I will on completion of this process send the attached file From MCC CHICAGO's Business department. I have enclosed The proper form for Kankakee county jail/ KCDC. I woud respect a complete copy of all material RE/ my 42 U.S.C 1983 be sent To me, I also realize that I will be charged for all copys provided by the clerk Thank you for your help.

08CV1605
JUDGE GOTTSCHALL
MAG. JUDGE ASHMAN

Thomas Cunningham
01293-424
MCC Chicago
71 w Van Buren
Chicago Il 60605