HHN

**FILED**

MAR 3 1 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv1605

CLERK OF COURT,

Enclosed are 3 declarations from witnesses in CASE (08C1605) with respect to the court can you please attach these items to my file. there are several more declarations to take RE KCDC that will follow.

Thank You For Your Help! Thomas Cunningham 3/25/2008

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS CUNNINGHAM plaintiff | ) ) ) NO 08C1605 ) Judge: GOTTSCHALL |
| Vs | ) ) ) ) DECLARATION BY |
| KANKAKEE COUNTY DETENTION CENTER et al. defendant | ) Alejandro Aguilar ) INMATE KCDC# 235795 ) BOP# 19399-424 |

------------------------------------------------

DECLARATION

      I was taken into custody on April 1/2007 by ICE and brought to Mechenry County jail. I was there until about April 12/2007 and from the Federal building to Kankakee County jail. I was there about 3 months when Tom Cunningham was me Cell Mate. I noticed that he had been in some kind of pain cause he had what looked like swelling in his face, I was his cell mate for about 3 weeks when he started to complain to the CO and started putting in request. We had asked the people to help us cause we did not have light in our cell before he got sick. At the jail Tom would show them his mouth and asked for help but no one came. He did not sleep alot and always asked for pain pills, some times the CO woul get get some from the desk. I remember that he was not eating cause he gave me his trays. He asked evry shift to see the doctor then one day he told me "Im going to pull this tooth", that day I was drawing in my cell and he told me Reno 911 the Co name Krigel we call him Reno 911 said there was no nurse to help. I could not watch but stayed in the cell it was bad he was bleeding, he left the cell and came back a few minutes later and says to me he would go to the nurse the next day,but the nurse never came. He had a fever we where trying to keep him under the covers. i gave him my juice and water and some older guys who had been there had some asprin. I got some more forms for him to fill out for help and he did. I was worried and even asked are you guys going to do somthing but they did not help. I can say that my feelings where he was not in to good shape. After a while he got better and awhile after that he got some kind of boils on his skin we called them spider bites.

The one CO a lady saw his arm and they finally took him to see some one. he came back to the cell and Reno 911 Kriegel told him to pack up! I did not see him for about 2 weeks. when he came back to 2SW he had big sores on the arm and no one wanted to play cards with him. He told me that he had a hard time hearing and that the other side of his face hurt too. He was in another cell on the other side i had a new cell mate. I know he was sick cause He was asking for help alot and told me they where going to take him out of there. I understand why i am Giving this story for the medical at KCDC I have never had a Physical and after11 months the did a TB test on me last week.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at MCC Chicago

71 w Van Buren Street
Chicago Il 60605

DATE- 2-20-08

Sinnature- [signature]

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS CUNNINGHAM )
    plaintiff )
                          ) NO 08C1605
                           ) Judge: GOTTSCHALL
Vs                   )
                         ) DECLARATION BY
                         ) Luis A Sanchez
KANKAKEE COUNTY ) KCDC # 238509
DETENTION CENTER et al. ) BOP # 16244-424
    defendant )

-------------------------------------------------------

## DECLARATION

    I was an inmate at KCDC from may 13/2007 untilMarch 7/2008. I know the plaintiff and of his medical condition we where on 2 SW together. The seriousness of his condition seemed apparent in the month of october 2007. I knew of his tooth extraction and saw the sores on his arms from what was explained as MRSA. I had not recieved a complete physical and after about three weeks had a TB test taken.

                                        I declare under penalty of perjury that the foregoing is true and correct.
                                        Executed at MCC Chicago
                                        71 W Van Buren ST
                                        Chicago Il 60605

                                        DATE 03-05-08

                                        SIGNATURE Luis A. Sanchez

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS CUNNINGHAM )
    plaintiff )
 )
 ) NO 08C1605
 ) Judge: GOTTSCHALL
Vs )
 ) DECLARATION BY
 ) Daniel Montoya
 ) KCDC # 231299
KANKAKEE COUNTY ) BOP # 19159-424
DETENTION CENTER et al. )
    defendant )

-----------------------------------------------------------

DECLARATION

    I was an inmate at KCDC from June 26/2007 until about march 19/2008. Plaintiff in this case was on 2 sw with me and I have had a response from the dental department/ "will make appointment we only pull teeth can take up to 8 weeks".

I only new Tom for a short time before I was sent to a lower section of the jail. I never received a physical examination and had a TB test the week I left KCDC.

                                             I declare under penalty of perjury that the foregoing is true and correct.
Executed at MCC Chicago
71 w Van Buren St
Chicago Il 60605
DATE 3-24-08
SIGNATURE [signature]