08cv1605

FILED HHK

Judge Gottschall,

MAR 3 1 2008
3-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    I am learning about Law because I have to. I have no lawyer and am not sure how to go about some things. Most important is the preservation of the truth in this matter 08C1605. I am experiencing retaliation on an institutional level starting with prison guard who has been reading my mail. She has shared information obout my case at will, stating in front of inmates "I read your mail I saw your case" Remind You Judge I have a spotless PRE TRIAL record for an inmate both at KCDC and MCC. On Monday 3/24/2008 the CO on Duty threatened to send me to SEGREGATION for failure to program by not being ready for a class I signed up for. Stating "PACK YOUR PROPERTY" you are going to seg. I felt like I was being punished for no reason. She made me go to this class. Later on that day i received legal mail on my floor and Lt Ewell witnessed that the mail had been open by the institution NOT IN MY PRESENCE and logged it in the DAILY LOG BOOK 3/24/2008. The mail I received was from the CLERK OF COURT for cases 07 CR 605 and 08 C1605. That night I sent out a letter to the clerk asking for some photo copies and shared the same information with him and asked that my mail be sent confidential from now on. This morning 3/25/2008 after getting my breakfast the same CO told me to clear the floor and as I did I said yes lady in a polite manner, She said the next time I called her lady i was going to the hole. I went to my bunk and tried to sleep when she woke me to inform me I had court. I explained that I did not have court and that I was not going She said If I dont go down and sign a Paper she was going to send me to the hole. So I went down to I think floor 5 an officer greeted me and I told her I did not have court and I was not going. She said I would have to talk to the US MARSHALLS to refuse. An hour went by all the other inmates where taken to court and she came back and informed me that I was not going to court that it was an internal error I could see the last Marshal leaving and asked if i needed to speak to them she said no go back to your floor. She put me in the sally port and unlocked the elevator locked the sally port behind me and an UN MANNED elevator appeared. I was afraid and stood there. When the CO came to get me I explained what happened and he wished me luck. When i got to the 23 rd floor she said "I knew you would not be long". On 3/10/2008 I was threatened by a CO for not taking my medication BACTRIM a antibiotic For (MRSA) he threatened to send me to the hole saying "IF I PACK YOUR PROPERTY IT IS GONE" see enclosed medical treatment refusal. I told the Pa that I was afraid and he said if I dont sign the form i woul go to seg. I signed the form I AM AFRAID CO SAID I WOULD GO TO SEG IF I REFUSE.

The Co on duty Mrs Commander is targeting me. I am asking Can i be punished for filing a suit see Cleggett v. Pate 229 F. Supp. 818 ( ND. Ill. 1964. Is this a Campaign of harassment see Barr v. Telford 677 E.2D 622 (7 th cir 1982). I have now as many as 8 witnesses on this floor and have sent in three declarations so far. Can I be protected with a preliminary injunction. The prison officials adverse action is directly related to my protected conduct. See Valvano v. Mcgrath 325 E. Supp.408 E.D.N.Y 1970. I am asking for some type of advise or remedy. I am ok on this floor and respect the institution and the Court as well Thank you for all of your input.

U.S. Department of Justice                              **Medical Treatment Refusal**
Federal Bureau of Prisons                               (Rechazo de Tratamiento Médico)

---

Date: 3-10-08
(Fecha)

I, _Cunningham Thomas 01293-044_, refuse treatment recommended by the Federal
  (Name and Registration Number) (Nombre y Número de Registro)   (rechaza el tratamiento recomendado por el Personal

Bureau of Prisons Medical staff for the following condition(s):
Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:     (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

_I can't take it so I would_
_go to seg if I refuse._

The following treatment(s) was/were recommended:     (El siguiente tratamiento(s) fue/fueron recomendado(s)):

_Bactrim medication_

Federal Bureau of Prisons Medical staff members have carefully explained to me that the following possible consequences and/or complications may result because of my refusal to accept treatment:

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar tratamiento):

_Not taking your medication might_
_worsen your skin infection_

I understand the possible consequences and/or complications listed above, and still refuse recommended treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the Bureau of Prisons and its employees from any and all liability for respecting and following my expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por causa de respectar y seguir mis expresos deseos y direcciones.)

_[signature]_                                           _[signature]_
Patient's Signature and Date                            (Firma del Paciente y Fecha)

_[signature]_ 3-10-08
Signature of Witness and Date    (Firma del Testigo y Fecha)

Signature of Witness and Date    (Firma del Testigo y Fecha)

Original – Inmate's Medical Record
Canary – Hospital File
Pink – To Inmate

USP LVN                                                 BP-358(60)
                                                        MAY 1985