FILED
APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APR 04 2008

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS CUNNINGHAM

Vs

KANKAKEE COUNTY
DETENTION CENTER, et al.

No 08C1605
Judge GOTTSCHALL

## MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C 1915 (e) (1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff States:

1. Plaintiff is unable to afford counsel, and is indigent. He has requested leave to proceed in Forma Pauperis.

2 Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are extremely complex, and the scientific evidence will require significant research and investigation. Expert witnesses will need to be called to testify to the facts. Plaintiff has limited access to the law library and has limited knowledge of the law.

3 A trial in this case will likely involve conflicting testimony from the NAMED/AND TO BE NAMED DEFENDANTS in this case and Counsel would better enable Plaintiff to present evidence and cross examine witnesses.

WHEREFORE Plaintiffs request that the court appoint counsel in this case.

3-30-2008
DATE

Signature of Plaintiff

THOMAS CUNNINGHAM
METROPOLITAN CORRECTIONAL CENTER
71 West Van Buren Street
Chicago Illinois 60605
01293-424

With Respect to the Clerk I am placed In Administrative Segregation and only Have a few sheets of paper left. Can you provide copies to the court and me I realize my documents may be returned If I Dont comply with Instructions. I am In a bind and per our last correspondence I refered to my Indigent status and Granted leave.

3-30-08