In the United States District Court
For the Northern District of Illinois
Eastern Division

Thomas Cunningham,  )
                    )
                    )
Vs                  )  NO: 08C1605
                    )  Judge: GOTTSCHALL
                    )
Kankakee County     )
Detention Center et al.)

BR

FILED
APR - 4 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION

Request for Production of Documents and Records

Pursuant to Rule 34 of the Federal Rules of Civil Procedure plaintiff request that: Metropolitan Correctional Center Chicago IL produce for inspection and coping the following documents.

1). Plaintiffs request forms including replies and remedies.

2). Plaintiffs medical and dental history from Febuary 4th 2008 until March 31 2008 including initial intake physical examination and all photo copies of any x rays dental and medical.

3) Plaintiffs prescribed medication including OTC for Mr Thomas Cunningham.

Thomas Cunningham was granted an Emergency Motion for Immediate Medical Treatment on about January 22-2008 by Judge Harry D Leinenweber. Production of documents and records are to show proof and evidence of all court ordered remedies; in case # 07-CR-605 for case # 08C1605, for review by the court.

There fore Plaintiff's request with respect to this court be granted.

; Pro Se
Thomas Cunningham    3-30-08
Metropolitan Correctional    Date
Center Chicago IL    Signature
71 W Van Buren St
Chicago IL 60605

Order Form (01/2005)    Case 1:07-cr-00605    Document 15    Filed 01/22/2008    Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 605 | **DATE** | 1/22/2008 |
| **CASE TITLE** | United States of America vs. Thomas Cunningham | | |

**DOCKET ENTRY TEXT**

Defendant Thomas Cunningham's Motion for Immediate Medical Treatment is granted, subject to review.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

07CR605 United States of America vs. Thomas Cunningham      Page 1 of 1

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WARDEN/OR AW | DATE: 3-13-2008 |
| FROM: Thomas Cunningham | REGISTER NO.: 01293-424 |
| WORK ASSIGNMENT: NONE | UNIT: H 23 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Third request for copys of my medical records needed for review by and for case # 07CR605.

(Do not write below this line)

DISPOSITION:

Signature Staff Member                                   Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oct 86
                                                    and BP-S148.070 APR 94



BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE　　　　　　　　　FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) HEALTH SERVICES DEPT MEDICAL RECORDS | DATE: 3-13-2008 |
|---|---|
| FROM: Thomas Cunningham | REGISTER NO.: 01293-424 |
| WORK ASSIGNMENT: NONE | UNIT: H 23 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

3RD REQUEST FOR ADVANCE DIRECTIVE/WILL FOR INMATE: Thomas ADAM CUNNINGHAM BOP# 01293-424

(Do not write below this line)

DISPOSITION:



Signature Staff Member　　　　　　　　Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)　　　This form replaces BP-148.070 dated Oct 86
　　　　　　　　　　　　　　　　　　　　　　　and BP-S148.070 APR 94


Printed on Recycled Paper