IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR 21 2008
FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THOMAS CUNNINGHAM )
plaintiff )
)
) NO 08C1605
) Judge: GOTTSCHALL
Vs )
)
)
KANKAKEE COUNTY )
DETENTION CENTER et al. )
defendant )

MOTION

PURSUANT TO RULE 7 (B) UNITED STATES FEDERAL CIVIL CODES AND PROCEDURES, PLAINTIFF REQUEST FOR A COURT ORDER PROVIDING FREE COPIES IN CASE# 08C1605.

Plaitiff is indigent and has submitted all his origional files to the court, With respect to the court it is difficult to obtain Counsel and Procede without any of Plaintifs fillings. I have filed in FORMA PAUPERIS statis and Request that the Court grant This MOTION.

SIGNED _____
DATED APRIL 15-2008