DECLARATION UNDER PENALTY OF PURJURY 4/15/2008

For cases Harry D Leienweber 07 CR 605 and JUDGE GOTTSCHALL 08C1605

I was tranfered to MCC for Immediate Medical Treatment by Judge Harry D Leienweber on Febuary 4/2008. I AM A PRETRIAL INMATE and without and Custody classification REVIEW I was placed in unit H a Unit for sentenced male inmates. I was assualted by an inmate who threw hot scolding soup in my face By his own admission SEE INCEDENT REPORT provided By LT Finley. I was taken to the Lt's office where I sat for over an hour. When I was taken to the Instutional Hospital I was diagnosed with first degree burns in my eye and the side of my face, and what doctors could not rule out as a broken finger. I was placed in segragation. Did not recieve any medication for any of my injuries until 3/31/2008. I was also a witness to an assault on our library Hour by an inmate from the section where I was placed that resulted In Death.

I served the AW Purdue 2 times with Judge Leienweber's ORDER. She replied each time with can i keep this. I requested several times for a phone call and medical treatment. I also requested several times for law Library. On 04/03/2008 Co Depaul assaulted me for requesting The law library This man brutally grabed my arm and tried to bend it behind me several times. This was witnessed by counsler Wright. I have signed Declarations by My Cell mate T Smith, Ellis, Landerez. This was captured on camara. I was taken to the institutional hospital and immediatley treated for contusions on my arm sholder and fore arm. I went to the DHO hearing for The assualt on me and found at Fault The Hearig Officer said after i presented the classification information and INMATE HERNANDEZ INCEDENT REPORT." YOU SHOULD HAVE NEVER BEEN IN POSSESSION OF THIS INFORMATION"! I TOLD the hearing officer that I was assualted BY CO DEPAUL and he Said this was not his Business. I then Told him I was a pretrial inmate and had no contact with the Outside. i was given 15 days DS, 60 days Loss Phone. 60 Days loss of comisary.

Today is 04/15/2007 I have not recieved any incident report for anything. Lt finley told me that The FBI was investigating me for assault an CO Depaul. And to be glad It is only at an institutional level that the FBI "KICKED IT BACK". I have contacted My Lawyer Helen Kim with both assaults. Sent Notice tho the Department Of Justice Office of the inspector General. Sent Affidavits to Judge Gottschall from witnesses. I Was granted use of a typewriter this Day 4/15/2008. I met with my classification leader 1 Time hesaid this was going to be sent to the judge for Review and may effect my legal status. I have a SPOTLESS institutional Record Both at KCDC and MCC. I have not Plead guilty or Found Guilty Of any Crime. I showed my injuries to Capitan Salas. LT FINLEY, COUNSLER JELOWICK, PRE TRIAL TEAM LEADER MR CHRISTMAS EVRY CO ON DUTY IN SEG WITH NO RESPONSE. I DECLARE UNDER PENALTY THIS STATEMENT IS TRUE

SIGNED _____

DATED 4/15-2008

Please Do not Return to Instutution I am In Fear of Retaliation.

FILED
Apr 21, 2008
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT