

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  CLERK

May 29, 2008

127 United States Courthouse
201 South Vine Street
Urbana, IL 61801

RE:  Cunningham v. Kankakee County Detention Center et al

Case No: 08cv1605

Dear Clerk:

Pursuant to the order entered by Judge Honorable Joan B. Gottschall on May 23, 2008, the above record

- was electronically transmitted to Central District of Illinois at Urbana

- The following paper documents are being transferred to the court by certified mail. Document numbers: 1, 6,7, 10

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:    /s/ Vettina C. Franklin
           Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:    Non-ECF Attorneys and Pro se Parties