

**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED MHW
JUN 0 5 2008 NF
6-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

May 29, 2008

218
~~127~~ United States Courthouse
201 South Vine Street
Urbana, IL 61801

FILED
JUN 0 2 2008 vbb
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Cunningham v. Kankakee County Detention Center et al
Case No: 08cv1605

Dear Clerk:

Pursuant to the order entered by Judge Honorable Joan B. Gottschall on May 23, 2008, the above record

- was electronically transmitted to Central District of Illinois at Urbana

- The following paper documents are being transferred to the court by certified mail. Document numbers: 1, 6, 7, 10

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

RECEIVED
JUN 0 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Vettrina C. Franklin
       Deputy Clerk

Enclosures

New Case No. **08-2123**   Date **6/2/08**
New Case was opened on 5/29/08. V. Ball, Deputy Clerk.

cc:   Non-ECF Attorneys and Pro se Parties



US POSTAGE
HASLER
017H15521164
$0.420
06/02/2008
Mailed From 61802

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
201 S. VINE ST.
ROOM 218
URBANA, ILLINOIS 61802-3348

OFFICIAL BUSINESS

RECEIVED
JUN 05 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of IL
219 S Dearborn St.
Chicago, IL 60604